# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

JOHN BENSON,
    Plaintiff

v.                         05 11112 RWZ
                       Civil Action No.

MARRIOTT INTERNATIONAL, INC.
    Defendant.

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2 (a), the undersigned enters his appearance as counsel for the defendant, Marriott International, Inc., in the above action.

Respectfully submitted,

*/s/ Kevin B. Callanan*
Kevin B. Callanan, BBO# 070620
Law Office of Kevin B. Callanan
17 Accord Park Drive, Suite 101
Norwell, Massachusetts 02061
781-878-1604

Dated: May 27, 2005

### Certificate of Service

I certify that a true copy of the foregoing document was served upon John W. Davis, Davis & Davis, P.C., 77 Franklin St., 3rd Floor, Boston, MA 02110 by mail on May 27, 2005

*/s/ Kevin B. Callanan*
Kevin B. Callanan