UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JOHN BENSON,
    Plaintiff

v.

MARRIOTT INTERNATIONAL, INC.
    Defendant.

Civil Action No. 05 11112 RWZ

### RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1, the defendant, Marriott International, Inc., states that it has no parent company and that no publicly held corporation owns 10% or more of its stock.

    Respectfully submitted,
    MARRIOTT INTERNATIONAL, INC.
    By its attorney,

    /s/ Kevin B. Callanan
    Kevin B. Callanan, BBO# 070620
    Law Office of Kevin B. Callanan
    17 Accord Park Drive, Suite 101
    Norwell, MA  02061 / 781-878-1604

Dated: May 27, 2005

### Certificate of Service

I certify that a true copy of the foregoing document was served upon John W. Davis, Davis & Davis, P.C., 77 Franklin St., 3rd Floor, Boston, MA 02110 by mail on May 27, 2005

    Kevin B. Callanan