UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN BENSON

    Plaintiff,

v.

MARRIOTT INTERNATIONAL, INC.

    Defendant.
_____/

Civil Action No. 05-11112-RWZ

### DEFENDANT'S ASSENTED-TO MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

Defendant, Marriott International, Inc., ("Marriott") pursuant to Fed. R. Civ. P. 6(b), moves this Court to extend the time within which Marriott may respond to Plaintiff John Benson's Complaint to June 20, 2005. In support of its motion, Marriott states:

1. Marriott was served with the Complaint and Summons on May 12, 2005. The Defendant removed the action to this Court on May 27, 2005. Marriott's response to the Complaint is currently due by June 2, 2005.

2. Undersigned counsel for the Defendant is in the process of gathering information necessary to respond to the Complaint, but requires additional time to do so.

3. Counsel for Plaintiff, John W. Davis, has assented to this motion.

WHEREFORE, Marriott respectfully requests that the Court extend the time within which Marriott may respond to the Complaint to June 20, 2005.

MARRIOTT INTERNATIONAL INC.

By its attorney,

*[signature: Kevin B. Callanan]*

Kevin B. Callanan, BBO # 070620
Law Office of Kevin B. Callanan
17 Accord Park Drive – Suite 101
Norwell, MA 02061
781-878-1604

ASSENTED TO:

*[signature: John W. Davis (By KBC)]*

John W. Davis, BBO # 648399
Davis & Davis, P.C.
77 Franklin Street – 3rd Floor
Boston, MA 02110
617-933-3838
Attorney for Plaintiff

### Certificate of Service

I certify that a true copy of the forgoing document was served on John W. Davis, Davis & Davis, P.C., 77 Franklin Street, 3rd Floor, Boston, MA 02110 by U.S. mail on this 1st day of June, 2005.

*[signature: Kevin B. Callanan]*
Kevin B. Callanan