# KEVIN B. CALLANAN

*ATTORNEY AT LAW*

17 ACCORD PARK DRIVE
SUITE 101
NORWELL, MASSACHUSETTS 02061

(781) 878-1604
FAX (781) 878-3154
e-mail: kbcallanan@msn.com

By Fax To: 617-748-9096
and U.S. Mail

August 11, 2005

Lisa Urso, Courtroom Clerk to
Judge Rya A. Zobel
United States District Court
United States Courthouse
1 Courthouse Way – Suite 2300
Boston, Massachusetts 02210

Re: John Benson v. Marriott International, Inc.
Civil Action No. 05-11112-RWZ

Dear Ms. Urso:

As directed by Judge Zobel on July 28, 2005, the parties hereby report that settlement discussions have taken place, however, there has been no agreement.

Very truly yours,

Kevin B. Callanan

cc: John W. Davis, Esq.
By Fax To: 617-933-3839
and U.S. Mail