UNITED STATES DISTRICT C0URT
DISTRICT OF MASSACHUSETTS

_____

JOHN BENSON,
        Plaintiff,

v.                                                   Civil Action No. 05-11112-RWZ

MARRIOTT INTERNATIONAL, INC.,
        Defendant.
_____/

## COUNSEL'S MOTION TO WITHDRAW APPEARANCE

    **Now Comes**, John W. Davis, and Davis & Davis, P.C., and moves that this Court allow them to withdraw as counsel to the Plaintiff, John Benson, in the above-captioned matter.

    **As Grounds Therefore**, Attorney Davis states that the Plaintiff, John Benson, has terminated Attorney Davis as his legal counsel and taken possession of his litigation file.

    **Wherefore**, Attorney Davis prays this Honorable Court allow him, and his firm, Davis & Davis, P.C., to withdraw as counsel to the Plaintiff, John Benson.

                                                Respectfully submitted,
                                               John W. Davis,


                                               _/s/ John_W._Davis_____
Dated:  2/20/06                        John W. Davis (BBO #648399)
                                               Davis & Davis, P.C.
                                               77 Franklin Street, 3rd floor
                                               Boston, Massachusetts 02110
                                               (617) 933-3838


CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party and the plaintiff, John Benson, via first class mail on February 20, 2006.

_/s/ John_W._Davis_____
John W. Davis