UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

JOHN BENSON,
       Plaintiff,
               v.                           Civil Action No. 05-11112-RWZ

MARRIOTT INTERNATIONAL, INC.
       Defendant.
_____/

## DEFENDANT'S MOTION TO ENFORCE SETTLEMENT AGREEMENT OR TO AMEND ITS ANSWER

The Defendant, Marriott International, Inc., hereby moves the Court to enforce a settlement agreement entered into by the parties through counsel or, in the alternative, for leave to amend its Answer to add a counterclaim for breach of settlement agreement.

In support of its motion, the defendant files herewith its supporting Memorandum together with the Affidavit of Kevin B. Callanan with exhibits.

### Request For Oral Argument

Defendant respectfully requests oral argument to assist the Court in deciding this motion.

                                              Respectfully submitted,

                                              MARRIOTT INTERNATIONAL, INC.
                                              By its attorney,

                                              /s/ Kevin B. Callanan
                                              _____
                                              Kevin B. Callanan BBO#070620
                                              Law Office of Kevin B. Callanan
                                              17 Accord Park Drive – Suite 101
                                              Norwell, MA 02061
                                              781-878-1604

2

<u>Certificate of Service</u>

    I hereby certify that a true copy of the foregoing document was served on counsel of record for the plaintiff, John W. Davis, Davis & Davis P.C., 77 Franklin Street, 3rd Floor, Boston, MA 02110 by e-mail and by regular mail on February 23, 2006.

                                                       /s/ Kevin B. Callanan
                                                       _____
                                                       Kevin B. Callanan