UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JOHN BENSON JR.
    Plaintiff,
    v.

Civil Action No. 05-11112-RWZ

MARRIOTT INTERNATIONAL, INC.
    Defendant.

---

### 1. PLAINTIFFS PRO-SE MOTION: IN OPPOSITION TO DEFENDANTS MOTION TO ENFORCE SETTLEMENT

### 2. PLAINTIFFS PRO-SE MOTION: IN OPPOSITION TO DEFENDANTS MOTION IN OPPOSITION TO COUNSELS MOTION TO WITHDRAW

The Plaintiff, John Benson Jr, hereby seeks the Courts assistance in above reference to two motions filed on behalf of Marriott International Inc., The Plaintiff John A Benson Jr. Request that the above requested pro-se motions be heard based on the following:

### MOTION #1

1. The settlement agreement was not signed by either the counsel for the plaintiff, And or the plaintiff John A. Benson Jr.

2. The counsel for the plaintiff at the time of the proposed agreement came to some conclusions on behalf of the plaintiff, that were not entirely in the best interest of the plaintiff.

3. The plaintiff does not feel that the counsel adequately represented him at the time, and that the plaintiff's interest was not the reasoning behind the proposed settlement.

### MOTION #2

1. The plaintiff John Benson Jr, has terminated the legal counsel of John W. Davis and Davis and Davis P.C., and the plaintiff is in possession of the litigation file.

2. The plaintiffs counsel at the time: John W. Davis has submitted to the Courts his Request to withdraw appearance from the above-captioned matter.

3. The plaintiff did contact the defendants Attorney: Kevin B. Callanan in regards to The fact that John W. Davis was no longer the plaintiffs counsel.

4. The plaintiff John A. Benson Jr. has contacted other counsel in this matter, and the plaintiff request the Court to observe the fact that other counsel is under advisement, and the plaintiff should be given the opportunity to be represented by counsel that has the plaintiff's interest in the above captioned matter.

                                        Respectfully submitted

                                        */s/ John A. Benson Jr.*
                                        John A. Benson Jr.
                                        90 Chaffee Avenue.
                                        Waltham MA. 02453
                                        (781) 373-1445