# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

JOHN A. BENSON, JR. (also known as John Benson)
    Plaintiff,

v.                                      Civil Action No. 05-11112-RWZ

MARRIOTT INTERNATIONAL, INC.
    Defendant.

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii), the parties stipulate that all claims in this action be dismissed, with prejudice. The parties further waive the award of interest, costs, and/or attorneys fees and waive all rights of appeal.

Respectfully submitted,

The Plaintiff,

JOHN A. BENSON, JR., *pro se*

_____
John A. Benson, Jr.
90 Chaffee Avenue
Waltham, MA 02453

Respectfully submitted,

The Defendant,

MARRIOTT INTERNATONAL, INC.

By its attorney,

_____
Kevin B. Callanan, BBO# 070620
Law Office of Kevin B. Callanan
17 Accord Park Drive – Suite 101
Norwell, MA 02061
781-878-1604

Dated: April 21, 2006